| | |
|---|---|
| DANIELLE E. LEONARD (SBN 218201)<br>ZOE PALITZ (SBN 275752)<br>ALTSHULER BERZON LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br>Fax: (415) 362-8064<br>E-mail: dleonard@altber.com<br>    zpalitz@altber.com<br><br>*Counsel for Defendant Teamsters Joint Council No. 7* | PATRICK J. SZYMANSKI (*Pro Hac Vice*)<br>PATRICK J SZYMANSKI, PLLC<br>1900 L Street, NW, Suite 900<br>Washington, DC 20036<br>Telephone: (202) 431-8325<br>Fax: (202) 478-1646<br>Email: szymanskip@msn.com<br><br>*Counsel for Defendant Rome Aloise* |
| BURTON F. BOLTUCH (SBN 70211)<br>LAW OFFICES OF BURTON F. BOLTUCH<br>1300 Clay Street - Suite 600<br>Oakland, CA 94612<br>Telephone: (510) 622-7700<br>Facsimile: (510) 622-7701<br>E-mail: bboltuch@workplacelw.biz<br><br>*Counsel for Defendant Rome Aloise* | WENDI J. BERKOWITZ (SBN 145624)<br>YONATAN L. MOSKOWITZ (SBN 306717)<br>MESSING, ADAM & JASMINE, LLP<br>235 Montgomery Street, Suite 828<br>San Francisco, CA 94102<br>Telephone: (415) 266-1800<br>Facsimile: (415) 266-1128<br>E-mail: wendi@majlabor.com<br>    yonatan@majlabor.com<br><br>*Counsel Defendants Ashley Alvarado and Teamsters Union Local No. 601* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO PIMENTEL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROME ALOISE, et al.,<br><br>    Defendants. | CASE NO. 18-cv-00411-EMC<br><br>**STIPULATION AND [PRO~~POSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' APPLICATION TO AMEND COMPLAINT** (modified)<br><br>Date:        August 30, 2018<br>Time:        1:30 p.m.<br>Courtroom:   5, 17th Floor<br>Judge:       Hon. Edward M. Chen<br><br>Complaint Filed:   Jan. 18, 2018<br>Trial Date:        Not set |

Plaintiffs Rolando Pimentel and Zach Salas and Defendants Rome Aloise, Teamsters Joint Council 7, Ashley Alvarado, and Teamsters Union No. 601 ("the parties") having met and conferred subsequent to the Case Management Conference held on May 31, 2018, hereby submit the following stipulation. The parties agree:

1. Plaintiffs will file a verified application pursuant to 29 U.S.C. §501(b) to amend the Complaint in this action to assert claims pursuant to 29 U.S.C. §501(a) against Defendants Rome Aloise and Ashley Alvarado and proposed amended pleading by no later than June 22, 2018;

2. Defendants will file a combined opposition to the application and, in the alternative, motion to dismiss the new claims pursuant to 29 U.S.C. §501(a) by no later than July 23, 2018;

3. Plaintiffs will file a combined reply in support of their application and opposition to any motion to dismiss by no later than August 9, 2018;

4. Defendants will file a reply in support of the motion to dismiss by no later than August 16, 2018;

5. Plaintiffs' application and Defendants' opposition and motion will be heard at the hearing on Defendants' pending motion to dismiss on ~~August 30, 2018~~ September 6, 2018 at 1:30 p.m.

6. Pursuant to this Court's Civil Minutes of the May 31, 2018 Case Management Conference, counsel for the parties met and conferred on June 8, 2018 regarding the scope of discovery to be conducted between now and August 30, 2018, and have no disputes to report.

STIPULATION AND [PROPOSED] ORDER; Case No. 18-cv-00411-EMC

| | | |
|---|---|---|
| 1 | Dated: June 11, 2018 | Altshuler Berzon LLP |
| 2 | | |
| 3 | | By: */s/ Danielle Leonard*<br>Danielle Leonard |
| 4 | | *Counsel for Teamsters Joint Council No. 7* |
| 5 | Dated: June 11, 2018 | The Law Offices of Burton F. Boltuch |
| 6 | | |
| 7 | | By: /s/ Burton F. Boltuch<br>Burton F. Boltuch |
| 8 | | *Counsel for Rome Aloise* |
| 9 | Dated: June 11, 2018 | Patrick J. Szymanski, PLLC |
| 10 | | By: */s/ Patrick J. Szymanski*<br>Patrick Joseph Szymanski |
| 11 | | |
| 12 | | *Counsel for Rome Aloise* |
| 13 | | |
| 14 | Dated: June 11, 2018 | Messing, Adam, and Jasmine LLP |
| 15 | | By: */s/ Wendi J. Berkowitz*<br>Wendi J. Berkowitz |
| 16 | | *Counsel for Teamsters Local Union No. 601 and Ashley Alvarado* |
| 17 | | |
| 18 | | |
| 19 | Dated: June 11, 2018 | Law Office of Kenneth C. Absalom |
| 20 | | |
| 21 | | By: */s/ Kenneth C. Absalom*<br>Kenneth C. Absalom |
| 22 | | *Counsel for Plaintiffs Pimental and Salas* |

### SIGNATURE ATTESTATION

"I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document."

*/s/ Danielle E. Leonard*
Danielle E. Leonard

1 **IT IS SO ORDERED.** (as modified above). Further CMC reset for 9/6/18 at 1:30 p.m.
Joint CMC statement due 8/30/18.

3 DATED: _____6/12_____, 2018
_____
HONORABLE EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

STIPULATION AND [PROPOSED] ORDER; Case No. 18-cv-00411-EMC