| | |
|---|---|
| 1 | GLENN ROTHNER (CSB No. 67353) |
| | ROTHNER, SEGALL & GREENSTONE |
| 2 | 510 South Marengo Avenue |
| | Pasadena, CA 91101 |
| 3 | Telephone: (626) 796-7555 |
| | Facsimile: (626) 577-0124 |
| 4 | E-mail: grothner@rsglabor.com |
| 5 | *Counsel for Defendant Ashley Alvarado* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROLANDO PIMENTEL, *et al.*, | | CASE NO. 18-CV-00411 EMC |
| | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING PENDING MOTION HEARINGS FROM SEPTEMBER 6, 2018 TO SEPTEMBER 27, 2018** |
| v. | | |
| ROME ALOISE, *et al.*, | | |
| | Defendants. | [Filed concurrently: DECLARATION OF GLENN ROTHNER IN SUPPORT] |
| | | [Local Rule 6-2] |
| | | Date: September 6, 2018 |
| | | Time: 1:30 p.m. |
| | | Courtroom: 5, 17th Floor |
| | | Judge: Hon. Edward M. Chen |
| | | Complaint Filed: Jan. 18, 2018 |
| | | Trial Date: Not set |

WHEREAS Plaintiffs' proposed amended complaint, ECF No. 38-1, includes a new claim under LMRDA § 501 as to which Plaintiffs seek damages against Defendant Ashley Alvarado ("Alvarado") individually;

WHEREAS Alvarado requires separate counsel for the above reason [*see* concurrently filed Declaration of Glenn Rothner], and Glenn Rothner, a member of this Court, entered his appearance on Alvarado's behalf on July 18, 2018, by substitution of attorney, ECF No. 43;

WHEREAS Alvarado's newly-substituted counsel will be engaged in a two-week jury trial in Los Angeles Superior Court beginning on September 4, 2018, and thus cannot be present at or otherwise participate in the hearing on Plaintiffs' application to add claims under 29 U.S.C. § 501(b) and Defendants Aloise and Alvarado's motion to dismiss those claims, presently set for hearing on September 6, 2018;

WHEREAS the parties previously have requested no time modifications in this matter, although the Court chose the existing September 6, 2018 hearing date instead of the August 30, 2018 hearing date to which the parties had stipulated, ECF No. 36, p. 2, ¶ 5;

WHEREAS discovery is ongoing and will not be affected by continuing the hearing on the pending motions from September 6, 2018 to September 27, 2018, and the Court has deferred setting a schedule for the case until the pending motions addressing the pleadings are resolved;

WHEREAS September 27, 2018, is the next available law and motion hearing date on the Court's calendar for which all counsel are available;

WHEREAS the undersigned counsel in the related action *Pimentel v. Bonsall et al.*, CASE NO. 3:18-cv-01958-EMC, agree that the most efficient use of the Court and the parties' resources would be to hear the pending motions in both cases at the same hearing, as currently planned under the Court's scheduling orders in both cases, and therefore consent to the continuation of the hearing to September 27, 2018, and will concurrently file a corresponding request on the docket in that case;

THEREFORE, all parties hereby stipulate and agree to the following:

The hearing on (1) Defendants' pending Motion to Dismiss, ECF No. 31; and (2) Defendant Aloise and Alvarado's pending Opposition to Plaintiffs' Application to Add Claims Under 29 U.S.C. § 501(b) and Motion to Dismiss those claims, ECF No. 44, shall be continued to September 27, 2018, at 1:30 p.m.

DATED: July 31, 2018        ROTHNER, SEGALL & GREENSTONE

By _____/s/_____
GLENN ROTHNER
Counsel for Defendant Ashley Alvarado

| | | |
|---|---|---|
| 1 | DATED: July 31, 2018 | PATRICK J. SZYMANSKI, PLLC |
| 2 | | By /s/ |
| 3 | | PATRICK J. SZYMANSKI (*Pro Hac Vice*)<br>Counsel for Defendant Rome Aloise |
| 4 | | |
| 5 | DATED: July 31, 2018 | LAW OFFICES OF BURTON F. BOLTUCH |
| 6 | | By /s/<br>BURTON F. BOLTUCH<br>Counsel for Defendant Rome Aloise |

DATED: July 31, 2018        ALTSHULER BERZON LLP

By  /s/
    DANIELLE LEONARD
Counsel for Teamsters Joint Council No. 7

DATED: July 31, 2018        MESSING, ADAM, AND JASMINE LLP

By  /s/
    WENDI J. BERKOWITZ
Counsel for Teamsters Local Union No. 601 and Ashley Alvarado

DATED: July 31, 2018        LAW OFFICE OF KENNETH C. ABSALOM

By  /s/
    KENNETH C. ABSALOM
Counsel for Plaintiffs Rolando Pimental and Zachary Salas

DATED: July 31, 2018        GORDON REES SCULLY MANSUKHANI LLP

By  /s/
    RYAN POLK
Counsel for Defendants in Related Case *Pimental v. Bonsall et al.*, Case No. 3:18-cv-01958-EMC

Pursuant to Civ. L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: July 31, 2018        /s/
                            GLENN ROTHNER

/ / /

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

All other deadlines in the briefing schedule remain in effect.

DATED: July 31, 2018

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE